# United States District Court
## Southern District of Georgia

| | | |
|---|---|---|
| United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the ... | | Case No. CV418-182 |
| Plaintiff | | |
| v. Johnson Controls, Inc. | | Appearing on behalf of Plaintiff |
| Defendant | | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 11th day of July, 2022.

*/s/ Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Louis L. Robein

Business Address:
Robein, Urann, Spencer, Picard & Cangemi, APLC
*Firm/Business Name*

2540 Severn Ave
*Street Address*

Suite 400 | Metairie | LA | 70002
*Street Address (con't)* | *City* | *State* | *Zip*

*Mailing Address (if other than street address)*

*Address Line 2* | *City* | *State* | *Zip*

504-885-9994
*Telephone Number (w/ area code)* | *Georgia Bar Number*

Email Address: lrobein@ruspclaw.com