## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO, LOCAL 188 PENSION FUND; UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO, LOCAL 188 HEALTH & WELFARE FUND; UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO, LOCAL 188 ANNUITY FUND; UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO LOCAL 188; DANNY MACMILLAN, CHAIRMAN OF THE BOARD OF TRUSTEES FOR THE UA 188 PENSION FUND, CHAIRMAN OF THE BOARD OF TRUSTEES FOR THE UA 188 HEALTH & WELFARE FUND, AND CHAIRMAN OF THE BOARD FOR THE UA 188 ANNUITY FUND; and BARRY ZEIGLER, SECRETARY-TREASURER OF THE BOARD OF TRUSTEES FOR THE UA 188 PENSION FUND, SECRETARY-TREASURER OF THE BOARD OF TRUSTEES FOR THE UA 188 HEALTH & WELFARE FUND, AND SECRETARY-TREASURER OF THE BOARD FOR THE UA 188 ANNUITY FUND, | |
| Plaintiffs, | CIVIL ACTION NO.: 4:18-cv-182 |
| v. | |

JOHNSON CONTROLS, INC.,

    Defendant.

# O R D E R

On August 30, 2022, counsel for Plaintiffs—with the approval and permission of Defendant's counsel—advised the Court that the parties have agreed in principle to settle this matter and that they are working to finalize a formal settlement agreement and intend to file a stipulation of dismissal within thirty days. (Doc. 58.) Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action.[1] See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within thirty (30) days of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement. In the alternative, the parties may simply file a joint stipulation of dismissal. If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within thirty (30) days, the Court will *sua sponte* dismiss the case with prejudice. Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED** this 31st day of August, 2022.

_R. Stan Baker_
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Accordingly, all deadlines established in the Trial Preparation Order, (doc. 56), are stayed.