**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO, LOCAL 188 PENSION FUND; UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO, LOCAL 188 HEALTH & WELFARE FUND; UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO, LOCAL 188 ANNUITY FUND; UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO LOCAL 188; DANNY MACMILLAN, CHAIRMAN OF THE BOARD OF TRUSTEES FOR THE UA 188 PENSION FUND, CHAIRMAN OF THE BOARD OF TRUSTEES FOR THE UA 188 HEALTH & WELFARE FUND, AND CHAIRMAN OF THE BOARD FOR THE UA 188 ANNUITY FUND; and BARRY ZEIGLER, SECRETARY-TREASURER OF THE BOARD OF TRUSTEES FOR THE UA 188 PENSION FUND, SECRETARY-TREASURER OF THE BOARD OF TRUSTEES FOR THE UA 188 HEALTH & WELFARE FUND, AND SECRETARY-TREASURER OF THE BOARD FOR THE UA 188 ANNUITY FUND,<br><br>      Plaintiffs,<br><br>  v. | CIVIL ACTION NO.: 4:18-cv-182 |

JOHNSON CONTROLS, INC.,

      Defendant.

## **O R D E R**

On August 31, 2022, the Court administratively closed this action upon being advised by the parties that the case had settled and would soon be dismissed by joint stipulation. (Doc. 59.) Presently before the Court is a "Joint Stipulation of Dismissal," signed only by counsel for Plaintiffs (though the filing states that "Defendant's counsel . . . has authorized . . . Plaintiffs' counsel to file th[e] stipulation").[1] (Doc. 62, p. 2.) Therein, counsel for the Plaintiffs indicates that the parties "have entered into a full and final settlement agreement with respect to all claims and defenses asserted in this action" and he states that the parties "jointly move" the Court for dismissal of this action. (Id.) No further filings have been made by any of the parties, and no party has requested any special terms for dismissal. See Fed. R. Civ. P. 41(a)(2). Accordingly, the Court **AUTHORIZES** and **DIRECTS** the Clerk of Court to **REOPEN** this case. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court **DISMISSES** this action. The Clerk of Court is **DIRECTED** to **TERMINATE** all pending motions and **CLOSE** this case.

**SO ORDERED** this 28th day of December, 2022.

 

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), "a stipulation of dismissal" must be "signed by all parties who have appeared," which is not the case here.

2